**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

RADON CONSTRUCTION, LLC AND
GREGORY RADON,

               Petitioners

        v.

LAND ENDEAVOR 0-2, INC., JOHN
ARCIDIACONO & DONNA ARCIDIACONO,

               Respondents

: No. 563 EAL 2019
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.